M. Brian Stokes, Plaintiff-Appellee, v. Arnold v. Kershaw, Defendant-Appellant.

Gen. No. 65-5-M.

Third District.

June 7, 1965.

Welch & Blachinsky, of Kewanee, for appellant; Stone & Johnson, of Geneseo, for appellee. Opinion by JUSTICE CORYN. Not to be published in full.